## BUCKLEY v. INLAND STEEL COMPANY.

[No. 10,961. Filed February 23, 1921.]

MASTER AND SERVANT.—*Workmen's Compensation Act.*—*Findings of Industrial Board.*—*Conclusiveness.*—*Sufficiency of Evidence.* —A finding and award of the Industrial Board will not be disturbed on appeal for insufficiency of evidence where there is some competent evidence to sustain it.

From the Industrial Board of Indiana.

Proceedings for compensation under the Workmen's Compensation Act by Daniel Buckley against the Inland Steel Company. From an award for applicant, the defendant appeals. *Affirmed.*

*T. Joseph Sullivan,* for appellant.

*William J. McAleer, Francis J. Dorsey* and *Gerald A. Gillett,* for appellee.

REMY, C. J.—The only question involved in this appeal is the sufficiency of the evidence. There is competent evidence to sustain the finding and award of the Industrial Board. The award is affirmed.